**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEPHANIE SHAPLLO, | : | |
|     Plaintiff | : | No. 1:26-cv-01301 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| PENN STATE HEALTH MEDICAL | : | |
| GROUP, LLC, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 15th day of June 2026, pursuant to 28 U.S.C. § 455(a), **IT IS**

**ORDERED THAT** the undersigned shall be recused from the above-captioned action.   **IT IS**

**FURTHER ORDERED THAT** the Clerk of Court shall reassign the case to another judge.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania